UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN THE MATTER OF

                                                   ORDER OF SUSPENSION

    P. Michael Shanley,
    Bar Roll Number 102583,

                Respondent.
_____

       By Order duly entered on December 23, 2020, the New York State Supreme Court, Appellate Division, Fourth Judicial Department, suspended the Respondent for one year, effective immediately and until further order of the Court. Pursuant to Rule 83.3 of the Local Rules of the Northern District of New York, upon the filing of a certified copy of such Order, upon this Court's examination of the record resulting in the discipline imposed in such Order, and upon this Court's finding that the Respondent, P. Michael Shanley, was admitted to practice before this Court on January 17, 1972, it is hereby

       ORDERED, that pursuant to Rule 83.3 of the Local Rules of the Northern District of New York, P. Michael Shanley is suspended from the practice of law before this Court, effective immediately and until further Order of this Court; and

       ORDERED, that, for the period of suspension, P. Michael Shanley is forbidden to appear as an attorney or counselor-at-law before this Court, and is commanded to desist and refrain from the practice of law in any form as principal, agent, clerk or employee of another as it relates to matters before this Court; and it is further

       ORDERED, that as to the following matters pending in this Court:

    **5:19-cv-01393-DNH-ATB**    **Carson v. Commissioner of Social Security**
    **5:20-cv-00088-TJM**    **Gentile III v. Commissioner of Social Security**
    **5:20-cv-01003-ML**    **Felt v. Commissioner of Social Security**
    **5:20-cv-01602-TWD**    **Andujar v. Commissioner of Social Security**

the Respondent, P. Michael Shanley shall notify within 15 days, by registered or certified mail return receipt requested, all clients involved in litigation matters, and the attorney or attorneys for each

adverse party in such matters, of his suspension and consequent inability to act as an attorney before this Court.  The notice to the client shall request the prompt substitution of another attorney, and the notice to the attorneys for adverse parties shall state the residence address of the client; and in the event a client involved in litigation does not obtain substitute counsel before the effective date of suspension for P. Michael Shanley, it shall be the responsibility of P. Michael Shanley to move pro se for leave to withdraw from the action; and it is further

ORDERED, that P. Michael Shanley shall file with the Clerk of this Court an Affidavit reporting that he has fully complied with the provisions of this Order, and such Affidavit shall also set forth the address to which communications with Mr. Shanley may be addressed; and it is further

ORDERED, that upon completion of the suspension period, P. Michael Shanley may reapply for admission to the Bar of this Court; and it is further

ORDERED, that the Clerk of the Court shall send a certified copy of this Order by certified mail to the Respondent at his last known address.

DATED:      February 2, 2021

Hon. Glenn T. Suddaby
Chief U.S. District Judge